**CHAPTER 13 TRUSTEE**
433 METAIRIE ROAD, SUITE 307
METAIRIE, LA 70005

**FIRST AMERICAN BANK & TRUST**
METAIRIE, LA 70005
84-242/654

**921866**

DATE: October 17, 2008
AMOUNT: $ 7,164.80

PAY Seven Thousand One Hundred Sixty-Four and 80/100 Dollars

TO THE
ORDER
OF
UNITED STATES BANKRUPTCY COURT
500 POYDRAS ST
STE B-601
NEW ORLEANS, LA 70130

S J Beaulieu Jr.
AUTHORIZED SIGNATURE

⑆921866⑆ ⑈065402423⑈ 690 272 3⑉

$ 7,164.80 DEPOSITED TO TREASURY UNCLAIMED ON 10/30/08 (16 VARIOUS CH. 13's)

UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

# 224733  — KW
* * C O P Y * *
October 30, 2008
15:23:56

**TREASURY REGFUND**
Debtor.: 16 VARIUOS CH. 13'S
Amount.:        $7,164.80 CH
Check#.: 921866

Total -> | $7,164.80

FROM: S J BEAULIEU

```
Date: Fri Oct 17, 2008        REGISTRY CHECK #921866                    Page: 1
Time: 2:54 PM                                                           User: JOHN

Case No  Last              First              Amount  Payee (If blank, debtor is payee)

0410153  SAULSBY           MARY B           1,234.44  CENSUS FEDERAL CREDIT UNION
         1920 YORKTOWNE DR                            PO BOX 735
         LAPLACE LA           70068                   SUITLAND MD              20752

0410258  HALL              GAY A              851.15  RETAILERS NATIONAL BANK
         397 MOONRAKER DR                             PO BOX 59316
         SLIDELL LA           70458                   MINNEAPOLIS MN           55459

0412855  SINGLETARY SR     RICHARD M           10.10
         SINGLETARY        ETTA P
         72534 R SINGLETARY RD
         PEARL RIVER LA       70452

0412855  SINGLETARY SR     RICHARD M        1,002.60  DISCOVER
         SINGLETARY        ETTA P
         72534 R SINGLETARY RD                        311 MILL MEADOW DR
         PEARL RIVER LA       70452                   HILLARD OH               43026

0412855  SINGLETARY SR     RICHARD M          886.21  DISCOVER
         SINGLETARY        ETTA P
         72534 R SINGLETARY RD                        311 MILL MEADOW DR
         PEARL RIVER LA       70452                   HILLARD OH               43026

0415174  ROPER             RONALD BRUCE       248.39  OMNI CREDIT SERVICE
         668 GARDENIA ST                              777 17TH ST  STE 200
         LAPLACE LA           70068                   MIAMI BEACH, FL          33139

0416735  EDWARDS           NIGEST G            52.67  DILLARD NATIONAL BANK
                                                      % STOKES & CLINTON
         14723 WEST OAK PLAZA                         1000 DOWNTOWNER BLVD
         HOUSTON TX           77082                   MOBILE AL                36691

0417583  LEE               GEORGE E            12.69
         KELLY             REBECCA
         1909 WILLIAMSBURG DR
         LAPLACE LA           70068

0418713  RUFFINO           RICHARD CHARLES  1,975.00  JACK H TOBIAS
         RUFFINO           MARY O'NEAL                STE 403
         360 ROSEDALE DR                              822 PERDIDO ST
         DESTREHAN LA         70047                   NEW ORLEANS LA           70112

0510009  ADKINS            LARRY                1.54
         ADKINS            TINA LYNELL
         219 STOVALL ST
         HOUMA LA             70364

0510285  GIARRATANO        JEFF R              29.75  CRESCENT CITY DIAGNOSTICS
         GIARRATANO        TONI M
         1941 YORKTOWNE DR                            3501 PARIS ROAD
         LAPLACE LA           70068                   CHALMETTE LA             70043

0511869  DILLON            LORATION             1.74
         6621 ASLED CT
         DALLAS TX            75241

0518346  RICHARD           JAMES KIRK          32.77
         344 HOLMES ST
         WESTWEGO LA          70094

0610512  FARRELL           DANIEL             563.00
         1117 GASSEN ST
         LULING LA            70070

                                             6,902.05
```

*1,898.91* (handwritten)

| Date: Fri Oct 17, 2008 | | REGISTRY CHECK #921866 | | Page: 2 |
| --- | --- | --- | --- | --- |
| Time: 2:55 PM | | | | User: JOHN |

| Case No | Last | First | Amount | Payee (If blank, debtor is payee) |
| --- | --- | --- | --- | --- |
| 0711574 | CHATAGNIER<br>CHATAGNIER<br>205 MAHLER ST<br>HOUMA LA | RANDY JOSEPH<br>JANE LINER<br><br>70363 | 22.07 | WANDA M TROSCLAIR<br>C/O DOUGLAS J AUTHEMENT ESQ<br>PO DRAWER 3350<br>HOUMA LA          70361 |
| 0711817 | EVANS<br>PO BOX 10088<br>BOUTTE LA | JOSEPHINE<br><br>70039 | 240.68 | |

262.75

| Date: Fri Oct 17, 2008 | | REGISTRY CHECK #921866 | | Page: 2 |
| --- | --- | --- | --- | --- |
| Time: 2:55 PM | | | | User: JOHN |

| Case No | Last | First | Amount | Payee (If blank, debtor is payee) |
| --- | --- | --- | --- | --- |
| 0711574 | CHATAGNIER<br>CHATAGNIER<br>205 MAHLER ST<br>HOUMA LA | RANDY JOSEPH<br>JANE LINER<br><br>70363 | 22.07 | WANDA M TROSCLAIR<br>C/O DOUGLAS J AUTHEMENT ESQ<br>PO DRAWER 3350<br>HOUMA LA          70361 |
| 0711817 | EVANS<br>PO BOX 10088<br>BOUTTE LA | JOSEPHINE<br><br>70039 | 240.68 | |

262.75

| Case No Last | First | | Amount | Payee (If blank, debtor is payee) |
|---|---|---|---|---|
| | | Totals | 7,164.80 | |
| | | Hi | 1,975.00 | |
| | | Lo | 1.54 | |
| | | Average | 447.80 | |

Processing Statistics
16 out of 1270054 Payment Record(s) Printed

| Date: Fri Oct 17, 2008 | REGISTRY CHECK #921866 | Page: 3 |
| Time: 2:55 PM | Report Totals | User: JOHN |

| Case No Last | First | | Amount | Payee (If blank, debtor is payee) |
|---|---|---|---|---|
| | | Totals | 7,164.80 | |
| | | Hi | 1,975.00 | |
| | | Lo | 1.54 | |
| | | Average | 447.80 | |

Processing Statistics
16 out of 1270054 Payment Record(s) Printed